UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PACIFIC FRUIT INC.,

                      Plaintiffs,

    -against-

LONG ISLAND BANANA CORP., THOMAS J. HOEY, THOMAS J. HOEY, JR., and DOES 1-10,

                      Defendants.
------------------------------------------------------------------X

Case No.: 11-CV-5650
(JS)(FTB)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Trivella & Forte, LLP, attorneys for Defendants, LONG ISLAND BANANA CORP., THOMAS J. HOEY and, THOMAS J. HOEY, JR. here adds the undersigned as counsel of record in this matter.

Dated: White Plains, New York
       December 29, 2011

                                        Respectfully submitted,
                                        TRIVELLA & FORTE, LLP

                                        BY: Seth Ptasiewicz (SP8875)
                                        Attorney for the Defendants
                                        1311 Mamaroneck Avenue, Suite 170
                                        White Plains, New York 10605
                                        (914) 949-9075

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2011, I served the foregoing NOTICE OF APPEARANCE on Daniel F. Paige, Esq. Attorney for Plaintiff, by electronic mail in the above referenced matter.

TRIVELLA & FORTE, LLP

BY: SETH PTASIEWICZ (SP8875)
*Attorneys for Defendants*
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
Telephone: (914) 949-9075