```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
PACIFIC FRUIT INC.,

                        Plaintiff,         REFERRAL ORDER
                                            11-CV-5650(JS)(ETB)
        -against-

LONG ISLAND BANANA CORP., THOMAS J.
HOEY, individually and in his corporate
capacity; THOMAS J. HOEY, JR.,
individually and in his corporate
capacity; and DOES 1-10, individually
and in their corporate capacity;

                        Defendants.
----------------------------------------X
FRUIT IMPORTERS AMERICAS, INC.,

                        Plaintiff,
                                            11-CV-5651(JS)(ARL)
        -against-

LONG ISLAND BANANA CORP., THOMAS J.
HOEY, individually and in his corporate
capacity; THOMAS J. HOEY, JR.,
individually and in his corporate
capacity; and DOES 1-10, individually
and in their corporate capacity;

                        Defendants.
----------------------------------------X
APPEARANCES
For Plaintiffs:     Daniel Frederick Paige, Esq.
                    Pacific International Services Inc.
                    60 Park Place, 14th Floor
                    Newark, NJ 07102

For Defendants:     Seth Ptasiewicz, Esq.
                    Trivella, Forte & Smith, LLP
                    1311 Mamaroneck Avenue
                    White Plains, NY 10605

For Intervening     William A. Cadel, Esq.
Plaintiffs:         1400 Old Country Road, Suite 200
                    Westbury, NY 11590
```

Andrew M. Osborne, Esq.
					Osborne & Fonte
					20 Eastbrook Road
					Dedham, MA 02026

SEYBERT, District Judge:

      The pending motion to intervene (Docket Entry 23) filed by New England Banana Co., Inc. is hereby REFERRED to Magistrate Judge E. Thomas Boyle pursuant to Rule 72(a) of the Federal Rules of Civil Procedure for decision. See Commack Self-Serv. Kosher Meats v. Rubin, 170 F.R.D. 93, 96 (E.D.N.Y. 1996) (stating that motions to intervene are not dispositive (citing United States v. Certain Real Prop., 751 F. Supp. 1060 (E.D.N.Y. 1989)). The parties are directed to address all future filings related to this motion to Judge Boyle.


                                      SO ORDERED.

                                      /s/ JOANNA SEYBERT_____
                                      Joanna Seybert, U.S.D.J.

Dated:    July 31, 2012
          Central Islip, NY